

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2017

No. 04-17-00009-CV

**IN THE ESTATE OF BARBARA R. DEAN, DECEASED**,

From the County Court, Jim Wells County, Texas
Trial Court No. 7344
Honorable Homero Garza, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk